**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jeff Seipel,, et al.,

    Plaintiffs,    Civil No. 08-5266 (RHK/JSM)

vs.    **DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

Ronald Melchert, et al.,

    Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 26, 2008

                              s/Richard H. Kyle.
                              RICHARD H. KYLE
                              United States District Judge